IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TOMMY GREEN, SR.,

     Appellant,

v.

MICHAEL D. CREWS, Secretary,
Florida Department of Corrections.

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0810

Opinion filed July 11, 2014.

An appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

Tommy Green, Sr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Holly N. Simcox, Assistant Attorney General, Office of the Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.